FILED
2015 Jun-25  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TAMARA YITRAM,** | } |
| Plaintiff, | } |
| v. | } Case No.: 2:15-cv-00415-RDP |
| **MIDLAND FUNDING, LLC, et al.,** | } |
| Defendants. | } |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice (Doc. 9), filed June 25, 2015, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 25, 2015.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE